**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

|                  |              |
|------------------|--------------|
| The State,       | Respondent,  |
| v.               |              |
| Termain Cooper,  | Appellant.   |

―――――――――

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2012-UP-454
Submitted May 1, 2012 – Filed July 18, 2012

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Tristan M. Shaffer, of Columbia, and Termain Cooper, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley Elliott, all

of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.

**PER CURIAM:** Termain Cooper appeals his conviction of trafficking in cocaine base, arguing the trial court erred in admitting his statement obtained in violation of <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966). Cooper also filed a pro se brief. After a thorough review of the record and all briefs pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.